IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01297-ZLW-KLM

ED HARSHBARGER, JR.;
RONALD HERBER;
VIRGIL JONES, and
THE DENVER TYPOGRAPHICAL UNION NO. 49, COMMUNICATIONS WORKERS
OF AMERICA LOCAL No. 14705,

    Plaintiffs,

v.

LESTER E. STEVENS, JR.;
THE DENVER NEWSPAPER GUILD-CWA, LOCAL No. 37074 OF THE
COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO-CLC; and the
DENVER NEWSPAPER AGENCY, LLP, a Delaware limited liability partnership,

    Defendants.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 14th day of June, 2010.

                BY THE COURT:

                _____
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court