IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01297-REB-KLM

ED HARSHBARGER, JR.,
RONALD HERBER,
VIRGIL JONES, and
THE DENVER TYPOGRAPHICAL UNION NO. 49, COMMUNICATIONS
WORKERS OF AMERICAN LOCAL NO. 14705,

      Plaintiffs,

v.

LESTER E. STEVENS, JR.,
THE DENVER NEWSPAPER GUILD-CWA, LOCAL NO. 37074 OF THE
COMMUNICATION WORKERS OF AMERICA, AFL-CIO-CLC, and
THE DENVER NEWSPAPER AGENCY, LLP, a Delaware limited liability partnership, now known as The Denver Post, LLC,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Stay** [Docket No. 47; Filed January 20, 2011] (the "Motion").  Plaintiff requests either a stay of the case or that the Scheduling Conference be reset.  Although the Court previously informed Plaintiff that the Scheduling Conference would not be reset, given the parties' agreement about the inefficiency of proceeding with the case at this time,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  The Scheduling Conference set for January 27, 2011 at 9:30 a.m. is **vacated** and **RESET** to **May 17, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 12, 2011**.

      Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **May 12, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the

office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2(B).

Dated: January 21, 2011